# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Shavelle Oscar Chavez-Nelson,

        Petitioner,

v.

Governor Mark Dayton and Tom Roy,
Commissioner of Corrections,

        Respondents.

**Case No. 17-cv-4098 (PJS/SER)**

**ORDER**

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that Petitioner Shavelle Oscar Chavez-Nelson's Motion to Strike Respondents' Answer [Doc. No. 8] is **DENIED**.

Dated: 3/1/18

                                                s/Patrick J. Schiltz
                                                Patrick J. Schiltz
                                                United States District Judge